RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 1 1 2026

DANIEL J. McCOY, CLERK

BY:_____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**RAMIRO ADONAY GONZALEZ NATAREN #A241-112-990**
**Petitioner**

v.                                    **CASE NO. 1:26-CV-01253**

**WARDEN, WINN CORRECTIONAL CENTER, ET AL.**
**Respondents**

_____

Petitioner is granted a 30 day extension of
time to file his amended Petition.
May 28, 2026

**MOTION FOR EXTENSION OF TIME TO AMEND PETITION**

COMES NOW the Petitioner, pro se (or through Next Friend, if applicable), and respectfully moves this Honorable Court for an extension of time to comply with the Court's Memorandum Order requiring amendment of the pleadings, and in support thereof states as follows:

1. On or about April 21, 2026, this Court issued a Memorandum Order directing Petitioner to amend the pleadings within thirty (30) days by submitting the Petition for Writ of Habeas Corpus on the approved forms, properly completed and signed.
2. Petitioner is currently detained at Winn Correctional Center and faces significant limitations in accessing legal materials, approved court forms, and the ability to prepare and submit documents in strict compliance with the Court's requirements within the time allowed.
3. Additional time is necessary to obtain the appropriate habeas corpus forms, complete them accurately, ensure that the Petition is properly signed in original, and attach all required supporting information in compliance with federal procedural rules.
4. Petitioner is acting diligently and in good faith to comply with the Court's Order; however, due to the constraints of detention, additional time is required to ensure full and proper compliance.
5. This request is made in good faith and not for purposes of delay, but to allow Petitioner a fair opportunity to comply with the Court's directives.

WHEREFORE, Petitioner respectfully requests that this Honorable Court grant an extension of thirty (30) additional days to submit the amended Petition in proper form, and for such other and further relief to which Petitioner may be entitled.

Respectfully submitted,

**Ramiro Adonay Gonzalez Nataren**
**#A241-112-990**
**Winn Correctional Center**

Date: April 25, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion has been served upon all Respondents or their counsel of record, in accordance with the Federal Rules of Civil Procedure, on this ___ day of _____, 2026.

_____

**Ramiro Adonay Gonzalez Nataren**

**Signature**